UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kristyn Graham

    v.                                      Civil No. 07-cv-295-PB

NH State Prison for
Women, Warden, et al.

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $22.00 is due no later than October 20, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: September 20, 2007

cc:   Kristyn Graham, pro se
      Bonnie S. Reed, Financial Administrator
      NH State Prison, Inmate Accounts