UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kristyn Graham</u>

    v.                      Civil No. 07-cv-295-PB

<u>NH State Prison for
Women, Warden, et al.</u>

**O R D E R**

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $22.00 is due no later than October 20, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for <u>in</u> <u>forma</u> <u>pauperis</u> has been granted.

    **SO ORDERED.**

                                  /s/ James R. Muirhead
                                  James R. Muirhead
                                  United States Magistrate Judge

Date: September 20, 2007

cc:   Kristyn Graham, pro se
       Bonnie S. Reed, Financial Administrator
       NH State Prison, Inmate Accounts