UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kristyn Graham</u>

     v.         07-cv-295-PB

<u>NH State Prison, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 13, 2007, no objection having been filed.

SO ORDERED.

January 12, 2008        /s/ Paul Barbadoro
               Paul Barbadoro
               United States District Judge


cc: Kristyn Graham, Pro se
   James Kennedy, Esq.