UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kristyn Graham</u>

        v.                                Case No. 07-cv-295-PB

<u>NH State Prison, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 4, 2008.

SO ORDERED.

February 14, 2008                      <u>/s/ Paul Barbadoro</u>
                                              Paul Barbadoro
                                              United States District Judge

cc:    Kristyn Graham, Pro Se
        James W. Kennedy, Esq.