UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kristyn Graham</u>

                v.                     Case No. 07-cv-295-PB

<u>NH State Prison, et al.</u>

O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead, is designated to review the request for injunctive relief submitted by Plaintiff Kristyn Graham and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.

February 19, 2008                                                   /s/ Paul Barbadoro
                                                                  Paul Barbadoro
                                                                  United States District Judge

cc:    Kristyn Graham, Pro Se
        James W. Kennedy, Esq.