UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 MAR 27  P 4: 01

Kristyn Graham

v.                                              Case No. 07-cv-295-PB

NH State Prison, et al.

ORDER

The Plaintiff has recently filed three documents captioned as follows: Ex Parte Motion for Court Appointed Counsel Due to Transfer to County Facility; Ex Parte Motion to Extend Time to Amend Pleadings and Intervene; and Ex Parte Motion for Relief or in Alternative House Arrest. Upon a review of the pleading, the court finds there is no basis to submit these documents on an ex parte basis. Thus, these motions are denied without prejudice. The Plaintiff may refile and serve these motions in conformance with Fed. R. Civ. P. 5 (d)(1) and LR 7.1.

SO ORDERED.

Date: March 27, 2008

Justo Arenas
Magistrate Judge

cc:   Kristyn Graham, pro se
      James Kennedy, Esq.