UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kristyn Graham</u>

                    v.                              Case No. 07-cv-295-PB

<u>NH State Women's Prison</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated March 4, 2008, no objection having been filed.

SO ORDERED.


                                        <u>/s/ Paul Barbadoro</u>
April 8, 2008                           Paul Barbadoro
                                        United States District Judge


cc:   Kristyn Graham, Pro Se
      James Kennedy, Esq.