UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Kristyn Graham

    v.                                        Case No. 07-CV-295-PB

Warden, New Hampshire State
Prison for Women, et al.


**O R D E R**

Kristyn Graham, formerly an inmate at the New Hampshire State Prison for Women ("NHSPW") in Goffstown, New Hampshire, filed an action pursuant to 42 U.S.C. § 1983, wherein she claims that she was subjected to inadequate medical care and inhumane prison conditions in violation of the Eighth Amendment of the United States Constitution.[1]  Graham names Dan Belligeron, Head Nurse and Medical Department Supervisor; Kathy Fontaine, employee; and Jean Chapman, Nurse, as defendants in her inadequate medical care claim.  She names Joanne Fortier, Acting Warden, as defendant in her inhumane confinement conditions

---

[1] Initially, Graham characterized her complaint as a petition for habeas corpus; however, Magistrate Judge Muirhead, in a Report and Recommendation adopted by this court, construed this action as one under 42 U.S.C. § 1983. (Report and Recommendation, Doc. No. 9, at 23.)  Moreover, Magistrate Judge Muirhead also dismissed Graham's claim that the NHSP's urine testing procedure was in violation of the Fourth and Eighth Amendments of the United States Constitution.  (Id. at 23-24.)

claim.[2]  NHSP has filed a motion for summary judgment.

In a previous order, (Doc. No. 79), I outlined my reasoning as to why I understood Graham's claims to be moot, but since the parties did not brief that issue, I stated that "absent a filing from Graham showing cause as to why her claims are not moot, this matter will be dismissed thirty (30) calendar days from the date of this ruling."  Graham has not filed any documents, and therefore, the NHSP's motion for summary judgment (Doc. No. 69) is granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 2, 2009

cc:  Kristyn Graham, pro se
     James W. Kennedy, Esq.

---

[2] In this order, defendants are collectively referred to as "NHSP" for convenience.

-2-